Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-09-00100-CV

John **CANALES**,
Appellant

v.

Todd and Eve **OWEN**,
Appellees

From the County Court at Law No 3, Bexar County, Texas
Trial Court No. 300949
Honorable Irene Rios, Judge Presiding

PER CURIAM

Sitting:      Rebecca Simmons, Justice
               Steven C. Hilbig, Justice
               Marialyn Barnard, Justice

Delivered and Filed:   April 1, 2009

DISMISSED

Appellant has filed an unopposed motion to dismiss this appeal. The motion contains a certificate of service to appellees, who have not opposed the motion. We, therefore, grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM